UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION AT DAYTON

| | |
|---|---|
| IN RE:<br>　　WILLIAM B DURHAM | CASE NO: 06-32662<br>　　　　(Chapter 13) |
| 　　　　　　　　　　　　Debtor | JUDGE GUY R. HUMPHREY |

## REPORT OF UNCLAIMED FUNDS

The Trustee reports that the following is an itemized list of the unclaimed funds which are being paid to the Clerk of the Bankruptcy Court.

Check Number: **4004778**

| Ct / Tee Claim # | Address | Amount |
|---|---|---|
| 8/ 6 | OLD CANAL<br>BOX 16279<br>IRVINE, CA  92623 | 881.36 |

　　　　　　　　　　　　　　　　　　　　/s/ Jeffrey M. Kellner
　　　　　　　　　　　　　　　　　　　Jeffrey M. Kellner  0022205
　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee
　　　　　　　　　　　　　　　　　　　131 N LUDLOW ST   SUITE 900
　　　　　　　　　　　　　　　　　　　DAYTON, OH  45402-1161
　　　　　　　　　　　　　　　　　　　(937)222-7600   Fax (937)222-7383
　　　　　　　　　　　　　　　　　　　email: chapter13@dayton13.com

　　　　　　　　　　　　　　　　　　　Dated: 3/10/2010

Certificate of Service        06-32662

I hereby certify that a copy of the attached was served by electronic service or was mailed by first class mail to each of the following on the date of the electronic filing.

OFFICE OF THE U S TRUSTEE
170 NORTH HIGH ST
SUITE 200
COLUMBUS, OH  43215

WILLIAM B DURHAM
5838 BRANDT PIKE
DAYTON, OH  45424

MICHAEL J ELLERBROCK
4403 N MAIN ST
DAYTON, OH  45405

(27.1n)
DALE ANN GOLDBERG
602 FEDERAL BUILDING
200 WEST SECOND STREET
DAYTON, OH  45402

(29.1n)
JP MORGAN CHASE BANK
ATTN BANKRUPTCY DEPT
BOX 3155
MILWAUKEE, WI  53201

(28.1n)
KAROLINA F PERR
525 VINE ST
SUITE 800
CINCINNATI, OH  45202

(6.3)
OLD CANAL
26632 TOWNE CENTRE DR
SUITE 300
FOOTHILL RANC, CA  92610

(6.1)
OLD CANAL
BOX 16279
IRVINE, CA  92623

Jeffrey M. Kellner BY       /s/ Jeffrey M. Kellner_____       bl